**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, SBN 5855
2141 E. Camelback Rd., Suite 100
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
gbarrett@wardkeenanbarrett.com

**LEVI & KORSINSKY LLP**
Elizabeth K. Tripodi
Donald J. Enright
1101 30th Street, NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4291
Facsimile: (202) 333-2121
etriopodi@zlk.com
denright@zlk.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| GAYLEN A. PETERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY, RICHARD H. DOZER, GLENN BROWN, JOSE CARDENAS, JERRY MOYES, WILLIAM RILEY III, DAVID VANDER PLOEG, BISHOP MERGER SUB, INC., and KNIGHT TRANSPORTATION, INC.,<br><br>Defendants. | Case No.: 2:17-CV-02073-DGC<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)**

WHEREAS, on June 29, 2017, plaintiff commenced this action alleging defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, subsequent to the filing of this action, defendants took steps that mooted the claims asserted in plaintiff's complaint (the "Mooting Actions");

WHEREAS, as part of the agreement with defendants to obtain the Mooting Actions, plaintiff agreed to dismiss this action with prejudice as to himself and without prejudice to the putative class;

WHEREAS, plaintiff believes that, as a result of the Mooting Actions, he has conferred a common corporate benefit on the stockholders of defendant Swift Transportation Company such that his counsel are entitled to seek and recover attorneys' fees and expenses (the "Fee and Expense Claim");

WHEREAS, counsel for plaintiff and defendants have conducted negotiations and successfully resolved the Fee and Expense Claim; and

WHEREAS, no class has been certified;

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff Gaylen A. Peterson and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to plaintiff and without prejudice as to all other members of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Except as otherwise agreed, each party shall bear its own costs.

Dated: November 6, 2017

s/Gerald Barrett
Gerald Barrett, SBN 5855
WARD, KEENAN & BARRETT, P.C.
2141 E. Camelback Rd., Suite 100
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908 (fax)
gbarrett@wardkeenanbarrett.com

***Attorneys for Plaintiffs***

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Elizabeth K. Tripodi
Donald J. Enright
1101 30th Street, NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4291
Facsimile: (202) 333-2121
etriopodi@zlk.com
denright@zlk.com